Charles A. Brown
Attorney at Law
324 Main Street
P.O. Box 1225
Lewiston, ID  83501
208-746-9947
208-746-5886 (fax)
ISB # 2129
CharlesABrown@cableone.net
Attorney for Plaintiffs.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| THE ASSOCIATED PRESS, et al., | ) | Case No. 1:12-cv-00255-EJL |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| C.L. (BUTCH) OTTER, et al., | ) | AFFIDAVIT OF BETSY RUSSELL |
| | ) | |
| Defendants. | ) | |

STATE OF IDAHO   )
                 : ss.
County of Ada    )

BETSY RUSSELL, being first duly sworn on her oath, deposes and says:

1. That your affiant is over the age of eighteen years, competent to testify in court, and make this and makes the statements herein of my own personal knowledge and belief.

2. Your affiant is the President of the Idaho Press Club, Inc., one of the plaintiffs in the above-entitled matter.

3.      Your affiant personally reviewed the Idaho State Archives which is located at the Idaho History Center, 2205 Old Penitentiary Road in Boise, and is open to the public year-round. The Idaho State Archives provides public access and archival management for the State of Idaho's 123,000 cubic feet of public records, as well as photographs, manuscripts, maps, books, periodicals, state documents, and oral history interviews.

4.      The attached articles copies of the originals which are housed at the Idaho State Archives:

| | |
|---|---|
| James A. Ellington - Hanged | 05-28-1896 |
| Ed, Rice Dies on Scaffold | 12-01-1901 |
| Connors Meets Death Bravely | 12-17-1904 |
| Bond Pays the Death Penalty for Murder of Charles Daly | 08-11-1906 |
| To Be Hanged By Neck Until Dead | 05-07-1909 (Seward-invite) |
| Murderer Seward Goes to His Death Without a Tremor | 05-08-1909 |
| Jurko is Hanged at State Prison | 07-09-1926 |

5.      That your affiant personally viewed the following links which contains the comments and statements made by Bob Fick in relation to the 1994 death by lethal injection of Keith Eugene Wells: "Media Witness to an Execution," 11/15/2011 interview of Bob Fick by Samantha Wright, Boise State Public Radio: http://boisestatepublicradio.org/post/ media-witness-execution and "Idaho Holds First Execution in 36 Years," By Bob Fick, Associated Press Writer, Jan. 6, 1994, Google News/The Prescott Courier: http://news.google.com/newspapers?nid=886&dat= 19940106&id=PrtSAAAAIBAJ&sjid= pH0DAAAAIBAJ&pg=5208,805363.

6.      That your affiant personally viewed the following link which contains the comments of Rebecca Boone of the *Associated Press*; Nate Green, *Idaho Press Tribune*; Mac King, KIVI-TV;

and Ruth Brown, *Idaho Falls Post-Register* in relation to the execution of Paul Ezra Rhoades on 11/18/2011: http://www.ktvb.com/home/Paul-Ezra-Rhoades-execution-134051813.html.

DATED on this 4th day of June, 2012.

/s/ Betsy Russell
Betsy Russell

SUBSCRIBED AND SWORN to before me on this 4th day of June, 2012.

Annette Chambers
Notary Public for Idaho
Residing at: Boise
My commission expires on: March 8, 2018

AFFIDAVIT OF BETSY RUSSELL         3